## POWER MANAGEMENT SOLUTIONS LLC, Plaintiff–Appellant,

v.

## ADVANCED MICRO DEVICES, INC., Defendant–Appellee.

Power Management Solutions LLC, Plaintiff–Appellant,

v.

Nvidia Corporation, Defendant– Appellee.

Power Management Solutions LLC, Plaintiff–Appellant,

v.

Intel Corporation, Defendant–Appellee,

and

Texas Instruments Incorporated, Defendant–Appellee,

and

Marvell Semiconductor, Inc., Defendant–Appellee.

Nos. 2013–1455, 2013–1456, 2013–1457.

United States Court of Appeals, Federal Circuit.

Jan. 14, 2014.

Bryan Guy Harrison, Morris, Manning & Martin, LLP, of Atlanta, GA, argued for plaintiff-appellant. With him on the brief was Jeffrey Thomas Breloski.

David C. Marcus, Wilmer Cutler Pickering Hale and Dorr LLP, of Los Angeles, CA, argued for all defendants-appellees. With him on the brief for defendant-appellee Intel Corporation were Mark C. Fleming, Louis W. Tompros, and Kevin A. Goldman, of Boston, MA; and Arthur W. Coviello, of Palo Alto, CA. On the brief for defendant-appellee Texas Instruments Incorporated was Thomas R. Jackson, Jones Day, of Dallas, TX. Of counsel was Daniel T. Conrad. On the brief for defendant-appellee Marvell Semiconductor, Inc., was Michael A. Molano, Mayer Brown, LLP, of Palo Alto, CA.

Aaron R. Fahrenkrog, Robins, Kaplan, Miller & Ciresi L.L.P., of Minneapolis, MN, for defendant-appellee Advanced Micro Devices, Inc.

Michael G. Rhodes, Cooley LLP, of San Francisco, CA, for defendant-appellee NVIDIA Corporation. With him on the brief were Benjamin G. Damstedt and Lam K. Nguyen, of Palo Alto, CA.

RADER, Chief Judge, LOURIE, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**